JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLAIRE'S STORES, INC. d/b/a ICING, an Illinois corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06200-SVW-MRW<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:  July 30, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: January 10, 2022     By: _____
                                Hon. Stephen V. Wilson
                                United States District Court Judge